No. 298. GELY, PETICIONARIO, *v.* J. M. ROSSY, JUEZ DE DIS-

TRITO.—San Juan, Sección Segunda. *Certiorari.* Julio 31, 1920. *Anulado el auto expedido.*